**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7678**

---

TYRONE HIAWATHA LEE,

Petitioner - Appellant,

versus

RON ANGELONE; ATTORNEY GENERAL OF THE COMMON-
WEALTH OF VIRGINIA,

Respondents - Appellees.

---

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke. Samuel G. Wilson, District Judge.
(CA-94-533-R)

---

Submitted: January 11, 1996          Decided: January 25, 1996

---

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Tyrone Hiawatha Lee, Appellant Pro Se. Katherine P. Baldwin,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Appellant seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. <u>Lee v. Angelone</u>, No. CA-94-533-R (W.D. Va. Sept. 22, 1995). We deny Appellant's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>